ROSARIO T. GONZALEZ
4-20-18

FILED

2018 APR 20 AM 9: 36

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Karla Denisse GAONA-Molina,<br><br>Defendant. | Case No.: '18 MJ8576<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Section 1544<br>Misuse of Passport |

The undersigned complainant being duly sworn states:

On or about April 19, 2018, within the Southern District of California, the defendant, Karla Denisse GAONA-Molina, did knowingly and willfully use a United States Passport Card issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting a U.S. Passport Card, issued to D. T. to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that she was not A. T., and that the U.S. Passport Card was not issued or designed for her use; all in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Margarita Carter Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 20th DAY OF APRIL 2018.

_____
HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Karla Denisse GAONA-Molina

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Customs and Border Protection Officer (CBPO) A. Garcia Jr. that defendant, Karla Denisse GAONA-Molina (GAONA) attempted to enter the United States at the Calexico, California West Port of Entry on April 19, 2018.

On April 19, 2018, at approximately 1:50 p.m., defendant, Karla Denisse GAONA-Molina, applied for admission into the United States from Mexico at the Calexico, California West Port of Entry through pedestrian primary. Upon inspection before United States Customs and Border Protection (CBP) Officer Virgil J. GAONA presented a U.S. Passport Card, issued to D. T. CBP Officer Virgil J. scanned the document presented and was familiar with a name on the document. CBP Officer Virgil J. asked GAONA if she worked here at the port of entry. GAONA stated she used to work at the port of entry. CBP Officer Virgil J. suspected GAONA to be an impostor to the document and obtained a second opinion from CBP Supervisor Lacuesta who confirmed GAONA was an impostor to the document. CBP Officer Virgil J. escorted GAONA to the pedestrian secondary office for further inspection.

During the secondary inspection, it was confirmed that GAONA was not the lawful owner of the U.S. Passport Card she presented. GAONA's fingerprints were queried

3

Case 2:18-mj-08576-PCL Document 1 Filed 04/20/18 PageID.4 Page 4 of 4

1 through the Integrated Automated Fingerprint Identification System (IAFIS) with results
2 revealing GAONA was removed by Customs and Border Protection on two occasions.
3 Records contain no evidence GAONA is in possession of any legal documents allowing
4
5 her entry into the United States.